# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128099

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMMY ALLEN ROSENBERG,
      Defendant-Appellant.

SC: 128099
COA: 251930
Barry CC: 02-100200-FH

_____/

On order of the Court, the application for leave to appeal the January 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

s1006